# First District Court of Appeal
## State of Florida

_____

No. 1D21-1818
_____

BRIAN A. EVERETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

September 15, 2021


PER CURIAM.

AFFIRMED.

RAY, JAY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Brian A. Everett, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.